Date signed September 08, 2014



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| In Re: | * | | |
|---|---|---|---|
| KIRK HARVEY | * | Case No. | 14-17752PM |
| GAIL HARVEY | * | Chapter | 7 |
| | * | | |
| Debtor(s) | * | | |

### MEMORANDUM TO DEBTORS

This matter came before the court for hearing on September 8, 2014, on the Debtors' request to modify secured debt. The Chapter 7 Trustee certified that the case has been fully administered and, based on the record, a discharge will be entered. Accordingly, the Debtors do not require this court's authorization to request a modification.

cc:   Debtors

**End of Memorandum**